George P. COLEMAN, J. Harvie Wilkinson, Jr., and John F. Wilmeth, Bondholders' Committee for the First Mortgage 6½ Per Cent Sinking Fund Convertible Gold Bonds of Hartsville Print and Dye Works, and Trust Company of South Carolina, as Trustee, Appellants, v. HARTSVILLE PRINT & DYE WORKS, Appellee.

In the Matter of HARTSVILLE PRINT & DYE WORKS, Debtor.

No. 4505.

Circuit Court of Appeals, Fourth Circuit. Oct. 16, 1939.

E. Randolph Williams and Lewis F. Powell, Jr., both of Richmond, Va., Nathaniel B. Barnwell and Ben Scott Whaley, both of Charleston, S. C., and John F. Wilmeth, of Hartsville, S. C., for appellants.

Norman S. Goetz, of New York City, Benet, Shand & McGowan, of Columbia, S. C., Waring & Brockinton and John I. Cosgrove, all of Charleston, S. C., and M. S. Mattuck, of New York City, for appellee.

PER CURIAM.

Appeal dismissed but without prejudice, by agreement of the parties. Order filed.

The CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Appellant, v. Alma LANAHAN, Appellee.

No. 8265.

Circuit Court of Appeals, Sixth Circuit. June 27, 1940.

Miller, Canfield, Paddock & Stone, of Detroit, Mich., for appellant.

Marshall F. Troester and James R. Thomas, both of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

It appearing that upon review of the judgment for the appellee in the above-entitled cause it was reversed with direction that the cause be remanded for a new trial in conformity with the opinion, and it further appearing that the cause was tried subsequent to the promulgation of Rule 50(b) of the Rules of Civil Procedure, 28 U.S.C.A. following section 723c, and that a motion was pending below on behalf of the appellant for a judgment notwithstanding the verdict (Baltimore & Carolina Line Inc. v. Redman, 295 U.S. 654, 55 S.Ct. 890, 79 L.Ed. 1636), now, therefore, it is ordered that the direction for mandate in the above cause, 112 F.2d 375, be and it is hereby amended so as to read: "The judgment below is reversed and the cause is remanded with direction to enter judgment for the defendant."

Henry Earl DUNLAP, Petitioner, v. The WARDEN, United States Penitentiary, McNeil Island, Washington, Respondent.

Circuit Court of Appeals, Ninth Circuit. Aug. 12, 1940.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the petition for leave to file an appeal in forma pauperis in the above-entitled cause, it is ordered that said petition be, and hereby is, denied, as the appeal is without merit. 28 U.S.C.A. § 832.